# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

JOHN PICKETT,

    Plaintiff,

v.                      CASE NO. 5:08cv296-RH/AK

ARAMARK, et al.,

    Defendants.

_____/

## **ORDER OF DISMISSAL**

This case is before the court on the magistrate judge's report and recommendation (document 24). No objections have been filed.

Upon consideration,

IT IS ORDERED:

The recommendation is ACCEPTED. The clerk must enter judgment stating, "The complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)." The clerk must close the file.

SO ORDERED on January 8, 2010.

                                          s/Robert L. Hinkle
                                          United States District Judge